# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159160

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* HOUSE OF REPRESENTATIVES
REQUEST FOR ADVISORY OPINION
REGARDING CONSTITUTIONALITY OF
2018 PA 368 & 369                                          SC: 159160
_____/

On order of the Chief Justice, the amici curiae representing each side of the constitutional question shall be allowed 15 minutes of oral argument separate from that of the Solicitor General and Deputy Solicitor General, to be divided in their discretion. The amici curiae must inform the clerk of the Court by July 11, 2019, the names of those attorneys who will be arguing for and against the constitutionality of 2018 PA 368 & 369.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2019

                                                            Clerk